## MUNSUR ABDULLAH *v.* COMMISSIONER OF CORRECTION

The petitioner Munsur Abdullah's petition for certification for appeal from the Appellate Court, 123 Conn. App. 197 (AC 31039), is denied.

*Jennifer C. Vickery,* special public defender, in support of the petition.

*Harry Weller,* senior assistant state's attorney, in opposition.

Decided October 7, 2010

## BARBARA O. MURPHY ET AL. *v.* EAPWJP, LLC, ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 123 Conn. App. 316 (AC 31257), is granted, limited to the following issue:

"Whether the Appellate Court properly concluded that construction and use of a walkway deemed to be a per se public nuisance can establish a prescriptive easement over the underlying tidal wetlands?"

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18696.

*Thomas P. Moriarty,* in support of the petition.

*Edward B. O'Connell* and *John R. FitzGerald,* in opposition.

Decided October 7, 2010